# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Courtney Tolbert,<br><br>v.<br><br>Rocket Mortgage, LLC, et al.,<br>Plaintiff(s) / Defendant(s) | CASE NUMBER:<br>EDCV 23-1450 MCS (PVCx)<br><br>MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge Pedro V. Castillo.

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

A telephonic conference is set for Wednesday, January 10, 2024, at 10:00 a.m.

The Courtroom Deputy Clerk will email call-instructions to the parties.

Dated: 1/08/24      By: Marlene Ramirez
                            Deputy Clerk